JOHN F. MEADOWS, State Bar No. 023050
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
333 Pine Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 781-7050

Attorneys for Plaintiff
THE CARPENTER GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| THE CARPENTER GROUP | No. CV 09 2589 JCS |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| UNIVAN SHIP MANAGEMENT LTD., CIDO SHIPPING HK LTD. and GLOBAL SHIP SERVICE & SUPPLY | |
| Defendants. | |

THE PARTIES HERETO, namely Plaintiff The Carpenter Group ("Carpenter"), Defendants Univan Ship Management Ltd.. ("Univan") and Cido Shipping HK Ltd. ("Cido"), acting through their respective counsel, stipulate that the action as to Defendant Global Ship Service & Supply ("Global") may be severed from the within action between Carpenter, Univan, Cido and Global and the action as to Global stayed until further Order of the Court.

/
/
/
/
/
/
/
/

- 1 -
STIPULATION AND ORDER

1  Global has not entered an appearance herein, though the proof of service filed herein shows that
2  it was personally served at its place of business in Houston, Texas, on June 23, 2009.

4  Dated: September 30, 2009     HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP

6  By: _____
7  JOHN F. MEADOWS
   Attorneys for Plaintiff
   The Carpenter Group

8  Dated: October 2, 2009        KEESAL YOUNG & LOGAN

11 By: John D. Giffin by
   JOHN D. GIFFIN                                   Jim Meadows
   Attorneys for Defendants                         per email
12 Univan Ship Management Ltd. and                  authority
   Cido Shipping HK Ltd.
13 HK Ltd.

15 So ordered this October 6, 2009.

   _____
   U.S. Magistrate Judge
   Joseph C. Spero

   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

Hoagland, Longo,
Moran, Dunst
& Doukas, LLP
Attorneys at Law

333 Pine Street
Fifth Floor
San Francisco, CA