UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE CARPENTER GROUP,

       Plaintiff,

       v.

UNIVAN SHIP MANAGEMENT, et al.,

       Defendants.
_____/

No. 09-02589 JCS (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated October 19, 2009, Defendants' representative requested to be excused from personally appearing at the settlement conference scheduled for December 22, 2009. Plaintiff does not oppose this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendants' representative be available by telephone from 2:00 p.m. Pacific Standard Time until further notice on December 22, 2009.

If the Court concludes that the absence of Defendants' representative is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

SO ORDERED.

Dated: October 20, 2009

                                              _____
                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge